Opinion issued August 30, 2018



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00240-CV

_____

**NEW OMEGA INVESTMENT PROPERTY, LLC, Appellant**

**V.**

**MIKE NEMATPOUR, AKA MOHAMMAD NEMATPOUR AND CO/MAX REALTY, INC. AKA CO/MAX HOLDING & REALTY CO., Appellees**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-64388**

## MEMORANDUM OPINION

Appellant New Omega Investment Property, LLC has filed a motion for voluntary dismissal of its appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. Appellees have not opposed the motion.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.